# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Senior District Judge Richard P. Matsch

Date:  April 13, 2016
Courtroom Deputy:  Bernique Abiakam
FTR Technician:     Kathy Terasaki

Civil Action No.: 15-cv-02538-RPM

| | |
|---|---|
| CARRIE GIESLER, | Ronald D. Jung |
| Plaintiff, | |
| v. | |
| THOMPSON SCHOOL DISTRICT R2-J and DERRICK MARTIN, | Michael Q. Schreiner |
| | Elizabeth Spellmire Francis |
| Defendants. | |

## COURTROOM MINUTES

**Motions Hearing**

**2:58 p.m.     Court in session.**

Court calls case.  Appearances of counsel.

Court's preliminary remarks.

Argument heard on Doc. No. 11.

3:04 p.m.     Argument by Mr. Jung.  Questions by the Court.

Discussion as to whether or not the Plaintiff wishes to proceed in claims against the Defendant, Derrick Martin.

**3:06 p.m.     Court in recess.**

**3:14 p.m.     Court in session.**

Plaintiff given the opportunity during the recess to confer with counsel regarding voluntary dismissal of Derrick Martin.

Statement by Mr. Jung.  Questions by the Court.

Comments and rulings by the Court.

*15-cv-02538-RPM*
*Motion Hearing*
*April 13, 2016*

**ORDERED:** **Plaintiff's Oral Motion to voluntarily dismiss Defendant, Derrick Martin, is GRANTED WITHOUT PREJUDICE.**

**ORDERED:** **Defendant's Motion To Dismiss Plaintiff's Third and Fourth Claims for Relief (Filed 12/11/15; Doc. No. 11) is DENIED with respect to the school district.**

**3:19 p.m.** **Court in recess.** Hearing concluded. Total time: 13 minutes.

2