UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02538-RPM

CARRIE GIESLER,

    Plaintiff,

v.

THOMPSON SCHOOL DISTRICT R2-J AND
DERRICK MARTIN,

    Defendants.

_____

ORDER DISMISSING DEFENDANT MARTIN
_____

    Pursuant to the oral motion of the plaintiff at the motions hearing held April 13, 2016, it is

    ORDERED that the defendant Derrick Martin, individually, is dismissed without prejudice.

    DATED:  April 14, 2016

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge